UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60315-CIV-SEITZ/WHITE

KELLY CINEUS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation [DE 4] ("Report") of the Honorable Patrick A. White, United States Magistrate Judge, to which no party filed objections. On February 20, 2008, Movant filed his first motion to vacate, which was denied on December 8, 2008. *See Kelly Cineus v. United States of America*, No. 08-60247-CIV-JORDAN (S.D. Fla. Dec. 5, 2008). Judge White recommends that the Court dismiss the petition because it is a successive petition for which Movant has not received authorization to file from the Eleventh Circuit pursuant to 28 U.S.C. §2244(b)(3). (*See* Report at 3.) The Court has carefully reviewed, *de novo*, Judge White's Report and Recommendation and the record, and fully agrees with Judge White's analysis of Movant's claims. Thus, based on the legal analysis set forth in the Report and Recommendation, it is hereby

ORDERED that:

1. Judge White's Report and Recommendation [DE 4] is AFFIRMED and ADOPTED.[1]

2. Movant's Petition [DE 1] is DISMISSED.

3. All pending motions are DENIED AS MOOT.

4. This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 30 day of July, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge White
        Counsel of Record/*Pro Se* Parties

---

[1] The Court adopts the Report with the exception of the typographical error in the first paragraph of the first page.

-1-